UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOURDES P. LLARENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:06-CV-38 CAS |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This closed civil matter is before the Court on an amended complaint filed by plaintiff Lourdes P. Llarena. This matter was closed by an Order of Dismissal Pursuant to Federal Rule of Civil Procedure 41(b) dated April 16, 2006 [Doc. 5]. The case was dismissed based on plaintiff's failure to comply with the Order and Memorandum dated March 3, 2006 [Doc. 4], which ordered plaintiff to either (1) pay the statutory filing fee of $250.00, or (2) submit a fully completed and signed form Motion to Proceed without Prepayment of Costs and Financial Affidavit - CJA 23.

Although the proposed amended complaint bears the instant case number, different defendants are sued in the action, and the complaint appears to concern a different subject matter than the closed action. For these reasons, the Clerk of the Court will be ordered to docket this amended complaint as a new civil action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall file the amended complaint submitted in this action as a new civil action and shall randomly assign it.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __26th__ day of February, 2007.